369 A.2d 1224
**COMMONWEALTH of Pennsylvania**
**v.**
**Joseph Paul ZANOTTO, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 20, 1976.

Decided Feb. 28, 1977.

Joseph A. Massa, Jr., Public Defender, Warren, for appellant.

Paul H. Millin, Dist. Atty., Tionesta, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.